# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

   At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of June, two thousand and fifteen.

_____

Cayuga Nation, John Does, 1-20,

Plaintiffs-Appellants,

     v.

Howard Tanner, *et al.*,

Defendants-Appellees.

_____

**ORDER**
Docket Nos. 15-1667(L)
15-1937(Con)

   On June 4, 2015, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion in the district court.  The district court having denied the motion in an order dated June 11, 2015,

   IT IS ORDERED that the stay of this appeal is hereby lifted.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/24/2015